# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **COLTON JACKSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:23-cv-01640-LCB-JHE |
| **JIMMY KILGORE, et al.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

Plaintiff Colton Jackson filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. 1). On October 28, 2024, the magistrate judge entered a report recommending the Court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Jackson's failure to prosecute his claims. (Doc. 11).

The Clerk of Court mailed the report and recommendation to Mr. Jackson at the Talladega County Jail which is his address of record. (Doc. 1 at 2; Doc. 12 at 1). On November 6, 2024, the Postal Service returned the report and recommendation as undeliverable and with the Jail's notation stating, "Inmate not in this facility." (Doc. 12 at 1). Mr. Jackson has not provided the Clerk with his current address where case-related papers may be served.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Jackson's failure to prosecute his claims. The Clerk is **DIRECTED** to close this case.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this November 21, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                In Replying Give Number
Clerk of Court                                                                of Case and Names of Parties

### NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $600 docket fee plus $5 filing fee (for a total of $605) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $605 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $605 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $605 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $605 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $605 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice